IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

MICAH HEATH LANSING,  No. 3:16-cv-01627-HZ

    Plaintiff,  JUDGMENT

v.

COMMISSIONER SOCIAL
SECURITY ADMINISTRATION,

    Defendant.

HERNÁNDEZ, District Judge:

Based on the record, IT IS ORDERED AND ADJUDGED that the decision of the Commissioner is affirmed pursuant to Sentence Four of 42 U.S.C. § 405(g) and this case is DISMISSED.

DATED this _____7_____ day of November, 2017.

                                                MARCO A. HERNÁNDEZ
                                                United States District Judge

1 - JUDGMENT